IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No. 6:21-CR-03080-BCW |
| VIRGINIA SANCHEZ, | ) | |
| Defendant. | ) | |

**ORDER**

Before the Court is Magistrate Judge Willie J. Epps, Jr's Report and Recommendation (Doc. #75) denying Defendant Virginia Sanchez's Motion to Suppress and Motion for Franks Hearing (Doc. #42). Defendant filed objections (Doc. #80) to the Report and Recommendation. After an independent review of the record, the applicable law, and the parties' arguments, the Court adopts Magistrate Judge Willie J. Epps Jr's findings of fact and conclusions of law. Accordingly, it is hereby

ORDERED for the reasons stated in the Report and Recommendation (Doc. #75), Defendant's Motion to Suppress and Motion for Franks Hearing (Doc. #42) is DENIED. It is further

ORDERED that Magistrate Judge Willie J. Epps Jr's Report and Recommendation be attached to and made part of this Order.

IT IS SO ORDERED.

DATED: April 28, 2022

/s/ Brian C. Wimes
JUDGE BRIAN C. WIMES
UNITED STATES DISTRICT COURT